**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00351-CR

---

**ANTHONY QUEZADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1675310**

---

### MEMORANDUM OPINION

Appellant, Anthony Quezada, has signed and filed a written request to dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)